IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOWNINGTOWN AREA SCHOOL DISTRICT**<br><br>   v.<br><br>**G.W., et al.** | **CIVIL ACTION**<br><br>**NO. 19-5424** |

### ORDER

**AND NOW**, this 8th day of October 2020, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (ECF 13), Defendants' response and Cross-Motion for Judgment on the Administrative Record (ECF 14), Plaintiff's Response to Defendants' Motion (ECF 15), and Defendants' Reply (ECF 16); and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** as follows:

- The Hearing Officer's Decision is **AFFIRMED**.

- The Family's Motion for Judgment on the Administrative Record is **GRANTED**, and the District's **DENIED**.

- The Family is **AWARDED** 50% of its reasonable fees and costs incurred in the due process hearing below, and 100% of its reasonable fees and costs incurred here. The parties shall confer and submit to this Court, no later than two weeks from today, either agreed upon amounts of fees and costs or separate briefs, limited to ten pages each.

BY THE COURT:

s/ Michael M. Baylson
**Michael M. Baylson, U.S.D.J.**